| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>James, Robert G. | 2. Court or Organization<br><br>U.S. District Court, Louisiana | 3. Date of Report<br><br>05/06/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; *magistrate judges indicate full- or part-time*)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>201 Jackson Street, Suite 201<br>Monroe, LA 71201 | 8. On the basis of the information contained in this Report and any<br>    modifications pertaining thereto, it is, in my opinion, in compliance<br>    with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Judd & Company, LLC |
| 2.   Member | Whitten - James Real Estate, LLC |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

**James, Robert G.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Louisiana State Employees Retirement System | $29,563.00 |
| 2. 2010 | Whitten-James Real Estate, LLC (partnership income) | $879.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Lincoln Parish District Attorney |
| 2. 2010 | State of Louisiana |
| 3. 2010 | Whitten-James Real Estate, LLC (partnership income) |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Louise W. Tyler | Shares Walmart | $2,704.00 |
| 2. | James E. Davison | See note in part VIII for description. | $6,650.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Timber Property, Vienna, La | | None | | | Merged (with line 56) | 01/01/10 | K | | |
| 2. Timber Property, Union Parish, La. | | None | | | Merged (with line 56) | 01/01/10 | K | | |
| 3. James Real Estate | | None | | | Merged (with line 56) | 01/01/10 | N | | |
| 4. James Real Estate | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 5. Judd & Company, LLC (17.10%) | B | Royalty | M | W | | | | | |
| 6. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 7. Undeveloped Property, Lincoln Parish, LA (1/3 int.) (Slaton) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 8. ▓▓▓ Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 9. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | | | Merged (with line 56) | 01/01/10 | K | | |
| 10. Timber Property #2, Bienville Parish, La (1/3 int.) (Neal) | | None | | | Merged (with line 56) | 01/01/10 | K | | |
| 11. ▓▓▓ Union Parish, LA (Middle Fork) | | None | | | Merged (with line 56) | 01/01/10 | M | | |
| 12. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 13. IRA #3 | A | Dividend | K | T | | | | | |
| 14. -Fidelity Small Cap Growth "Y" | | | | | Sold (part) | 04/14/10 | K | A | |
| 15. -Fidelity Low Priced Stock | | | | | Buy | 04/14/10 | K | | |
| 16. Community Trust Bank, Accounts | A | Interest | J | T | | | | | |
| 17. Jackson Parish, LA property (1/6 int) (Hutcheson) | | None | | | Merged (with line 56) | 01/01/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Jackson Parish, LA property (1/3 int) (Steele/Sherrard) | | None | | | Merged (with line 56) | 01/01/10 | K | | |
| 19. | Jackson Parish, LA property (1/3 int) (Steele Hard 40) | | None | | | Merged (with line 56) | 01/01/10 | K | | |
| 20. | Jackson Parish, LA property (1/3 int) (Goodwood) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 21. | Bienville parish, LA property (1/3 int) (Gates) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 22. | Union Parish, LA property (Franklin) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 23. | Lincoln Parish, LA mineral interest (1/3 int) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 24. | ▨▨▨ (Goldsmith Estate) | | None | | | Merged (with line 56) | 01/01/10 | J | | |
| 25. | Ist National Bank, Account | | None | J | T | | | | | |
| 26. | Smith Barney - Brokerage Account | | | | | | | | | |
| 27. | -Wal Mart | A | Dividend | J | T | Buy | 02/17/10 | J | | Gift from Louise W. Tyler |
| 28. | -Cash "Y" | | None | J | T | | | | | |
| 29. | -Ishares Russell 2000 Index FD "Y" | A | Dividend | K | T | | | | | |
| 30. | Fidelity Investments - Brokerage Account #4 | | | | | | | | | |
| 31. | -Cash | A | Interest | J | T | | | | | |
| 32. | -AFLAC Inc | A | Dividend | K | T | | | | | |
| 33. | -Automatic Data Processing, Inc | A | Dividend | K | T | | | | | |
| 34. | -Devon Energy | A | Dividend | | | Sold | 04/13/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Diageo PLC | A | Dividend | J | T | | | | | |
| 36. -Pepsico Inc | A | Dividend | K | T | | | | | |
| 37. -Air Products & Chem | A | Dividend | K | T | | | | | |
| 38. -Intel Corp | A | Dividend | K | T | | | | | |
| 39. -Ishares TR Russell Midcap Growth | A | Dividend | L | T | Buy (add'l) | 12/16/10 | J | | |
| 40. -Ishares TR Russell 2000 value index | A | Dividend | | | Sold | 04/13/10 | J | B | |
| 41. -Ishares TR dow jones u s healthcare | A | Dividend | K | T | Sold (part) | 02/19/10 | J | C | |
| 42. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 43. -Nike Inc Class B | A | Dividend | K | T | | | | | |
| 44. -Schwab Charles Corp | A | Dividend | | | Sold | 08/30/10 | J | A | |
| 45. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 46. -V F Corp | A | Dividend | | | Sold | 08/20/10 | K | C | |
| 47. -Walgreen Company | A | Dividend | | | Sold | 02/19/10 | J | B | |
| 48. -Waste Management Inc | A | Dividend | J | T | | | | | |
| 49. -Waters Corp | | None | K | T | | | | | |
| 50. -Mathews Asian Growth & Income | A | Dividend | K | T | | | | | |
| 51. -Conocophillips | A | Dividend | J | T | Buy | 08/26/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Darden restaurants | A | Dividend | J | T | Buy | 02/24/10 | J | | |
| 53.  -Medtronic Inc | | None | K | T | Buy | 12/16/10 | K | | |
| 54.  Deferred Compensation - Wells Fargo Bank Tr | A | Dividend | L | T | | | | | |
| 55.  Timber property, Jackson Parish, LA (Nix) | | None | | | Merged<br>(with line 56) | 01/01/10 | K | | |
| 56.  Whitten-James Real Estate, LLC | F | Rent | P1 | W | Open | 01/01/10 | P1 | | See note in part VIII |
| 57.  Whitten-James Real Estate, LLC | D | Royalty | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, page 3, line 2 - For reporting person and spouse to visit Mr. Davison's vacation home in Mexico on two occasions including lodging, some meals and some transportation while in Mexico.

Part VII, page 7, line 56 - Assets included in lines 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 17, 18, 19, 20, 21, 22, 23, 24 and 55 were all transferred into the new entity "Whitten-James Real Estate, LLC".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert G. James**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) James, Robert G. | 2. Court or Organization U.S. District Court, Louisiana | 3. Date of Report 07/12/2011 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial
- [✓] Annual
- [ ] Final

**5b.** [✓] Amended Report

**6. Reporting Period**

01/01/2010
to
12/31/2010

**7. Chambers or Office Address**

U. S. Courthouse
201 Jackson Street, Suite 201
Monroe, LA 71201

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

- [ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Judd & Company, LLC |
| 2. Member | Whitten - James Real Estate, LLC |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

- [ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

**James, Robert G.  A**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Louisiana State Employees Retirement System | $29,563.00 |
| 2. 2010 | Whitten-James Real Estate, LLC (partnership income) | $879.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Lincoln Parish District Attorney |
| 2. 2010 | State of Louisiana |
| 3. 2010 | Whitten-James Real Estate, LLC (partnership income) |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 07/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Louise W. Tyler | 50 Shares Walmart | $2,704.00 |
| 2. | James E. Davison | See note in part VIII for description. | $6,650.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timber Property, Vienna, La (Woodvale) | | None | | | Merged (with line 57) | 01/01/10 | K | | |
| 2. Timber Property, Union Parish, La. (cabin) | | None | | | Merged (with line 57) | 01/01/10 | K | | |
| 3. James Real Estate | | None | | | Merged (with line 57) | 01/01/10 | N | | |
| 4. James Real Estate | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 5. Judd & Company, LLC (17.10%) | B | Royalty | M | W | | | | | |
| 6. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 7. Undeveloped Property, Lincoln Parish, LA (1/3 int.) (Slaton) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 8.      Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 9. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | | | Merged (with line 57) | 01/01/10 | K | | |
| 10. Timber Property #2, Bienville Parish, La (1/3 int.) (Neal) | | None | | | Merged (with line 57) | 01/01/10 | K | | |
| 11.      Union Parish, LA (Middle Fork) | | None | | | Merged (with line 57) | 01/01/10 | M | | |
| 12. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 13. IRA #3 | A | Dividend | K | T | | | | | |
| 14. -Fidelity Investments-Four-In-One Index "Y" | | | | | | | | | |
| 15. -Fidelity Small Cap Growth "Y" | | | | | Sold (part) | 04/14/10 | K | A | |
| 16. -Fidelity Low Priced Stock | | | | | Buy | 04/14/10 | K | | |
| 17. Community Trust Bank, Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Jackson Parish, LA property (1/6 int) (Hutcheson) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 19. Jackson Parish, LA property (1/3 int) (Steele/Sherrard) | | None | | | Merged (with line 57) | 01/01/10 | K | | |
| 20. Jackson Parish, LA property (1/3 int) (Steele Hard 40) | | None | | | Merged (with line 57) | 01/01/10 | K | | |
| 21. Jackson Parish, LA property (1/3 int) (Goodwood) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 22. Bienville parish, LA property (1/3 int) (Gates) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 23. Union Parish, LA property (Franklin) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 24. Lincoln Parish, LA mineral interest (1/3 int) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 25. ▓▓▓ (Goldsmith Estate) | | None | | | Merged (with line 57) | 01/01/10 | J | | |
| 26. 1st National Bank, Account | | None | J | T | | | | | |
| 27. Smith Barney - Brokerage Account | | | | | | | | | |
| 28. -Wal Mart | A | Dividend | J | T | Buy | 02/17/10 | J | | Gift from Louise W. Tyler |
| 29. -Cash "Y" | | None | J | T | | | | | |
| 30. -Ishares Russell 2000 Index FD "Y" | A | Dividend | K | T | | | | | |
| 31. Fidelity Investments - Brokerage Account #4 | | | | | | | | | |
| 32. -Cash | A | Interest | J | T | | | | | |
| 33. -AFLAC Inc | A | Dividend | K | T | | | | | |
| 34. -Automatic Data Processing, Inc | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Devon Energy | A | Dividend | | | Sold | 04/13/10 | J | A | |
| 36. -Diageo PLC | A | Dividend | J | T | | | | | |
| 37. -Pepsico Inc | A | Dividend | K | T | | | | | |
| 38. -Air Products & Chem | A | Dividend | K | T | | | | | |
| 39. -Intel Corp | A | Dividend | K | T | | | | | |
| 40. -Ishares TR Russell Midcap Growth | A | Dividend | L | T | Buy (add'l) | 12/16/10 | J | | |
| 41. -Ishares TR Russell 2000 value index | A | Dividend | | | Sold | 04/13/10 | J | B | |
| 42. -Ishares TR dow jones u s healthcare | A | Dividend | K | T | Sold (part) | 02/19/10 | J | C | |
| 43. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 44. -Nike Inc Class B | A | Dividend | K | T | | | | | |
| 45. -Schwab Charles Corp | A | Dividend | | | Sold | 08/30/10 | J | A | |
| 46. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 47. -V F Corp | A | Dividend | | | Sold | 08/20/10 | K | C | |
| 48. -Walgreen Company | A | Dividend | | | Sold | 02/19/10 | J | B | |
| 49. -Waste Management Inc | A | Dividend | J | T | | | | | |
| 50. -Waters Corp | | None | K | T | | | | | |
| 51. -Mathews Asian Growth & Income | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Conocophillips | A | Dividend | J | T | Buy | 08/26/10 | J | | |
| 53. | -Darden restaurants | A | Dividend | J | T | Buy | 02/24/10 | J | | |
| 54. | -Medtronic Inc | | None | K | T | Buy | 12/16/10 | K | | |
| 55. | Deferred Compensation - Wells Fargo Bank Tr | A | Dividend | L | T | | | | | |
| 56. | Timber property, Jackson Parish, LA (Nix) | | None | | | Merged (with line 57) | 01/01/10 | K | | |
| 57. | Whitten-James Real Estate, LLC | F | Rent | P1 | W | Open | 01/01/10 | P1 | | See note in part VIII |
| 58. | Whitten-James Real Estate, LLC | D | Royalty | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, page 3, line 2 - For reporting person and spouse to visit Mr. Davison's vacation home in Mexico on two occasions including lodging, some meals and some transportation while in Mexico.

Part VII, page 7, line 57 - Assets included in lines 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 18, 19, 20, 21, 22, 23, 24, 25 and 56 were all transferred into the new entity "Whitten-James Real Estate, LLC".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert G. James**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544